445 A.2d 198

Commonwealth v. Ginsburg, Appellant.

Argued March 9, 1981. D. Webster Keogh, for appellant; Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.

445 A.2d 199

Commonwealth v. Gray, Appellant.

Submitted May 13, 1981. Alan L. Butkovitz, for appellant; Maxine J. Stotland, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.